THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL HUNTER, Defendant-Appellant.

(No. 57368;

First District (4th Division)—July 25, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks and Jean Essary, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.